AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Southern Division

Argus Leader Media, d/b/a Argus Leader
V.
United States Department of Agriculture

**PLAINTIFF EXHIBIT LIST**

Case Number:  4:11-cv-04121-KES

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Karen E. Schreier, United States District Judge | Jon E. Arneson | Stephanie C. Bengford |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| May 24 and 25, 2016 | Jill Connelly | MWT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/24/16 | | Received | 7 C.F.R. §1.12 |
| 2 | | | | | 2009-2011 Trafficking Report Summary |
| 3 | | | | | AG's FOIA memorandum |
| 4 | | | | | Congressional testimony (Concannon, 4-10) |
| 5 | | | | | Congressional Testimony (Pardis, 7-10) |
| 6 | | | | | DOJ (Florida Trafficking) |
| 7 | | | | | DOJ (Ohio Trafficking) |
| 8 | | | | | DOJ (SNAP search) |
| 9 | | | | | DOJ (Utah Trafficking) |
| 10 | | | | | DOJ 9-21-11 letter regarding FOIA request |
| 11 | | | | | DOJ Guide to FOIA (AG memorandum) |
| 12 | | 5/24/16 | | Received | Executive Order 12600 |
| 13 | | | | | Obama FOIA Memorandum |
| 14 | | | | | Open Government at USDA | USDA |
| 15 | | | | | SNAP EBT |
| 16 | | | | | SNAP Eligible Food |
| 17 | | | | | SNAP Fed. Register |
| 18 | | | | | SNAP for Researchers |
| 19 | | | | | SNAP Fraud Poster |
| 20 | | | | | SNAP History |
| 21 | | | | | SNAP Household Map |

Page 1 of 4

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | |
|---|---|---|---|---|---|
| 22 | | | | | SNAP Program Data |
| 23 | | | | | SNAP Reports |
| 24 | | | | | SNAP Research grants |
| 25 | | | | | SNAP Retail Eligibility |
| 26 | | | | | SNAP Retail Information |
| 27 | | | | | SNAP Retailer Info #2 |
| 28 | | | | | SNAP Retailer Locator |
| 29 | | | | | Trafficking report press release |
| 30 | | | | | USDA Concannon Biography |
| 31 | | | | | USDA press release - 2013 fraud prevention |
| 32 | | 5/24/16 | | Received | USDA RFI press release (8-4-14) |
| 33 | | | | | Weatherly denial letter (received 2-17-11) |
| 34 | | | | | Gold declaration [21] regarding SNAP administration |
| 35 | | | | | Gold declaration [54-1] on need for RFI follow-up |
| 36 | | | | | Gold declaration [59] on RFI and declaration processes (1-20-15) |
| 37 | | | | | Gold declaration [78] defending processes(6-1-15) |
| 38 | | | | | Modine declaration [20] regarding SNAP records |
| 39 | | 5/24/16 | | Refused | Weatherly declaration [13-1] regarding cost of Exemption 4 notice |
| 40 | | | | | USDA FNS Trafficking Report 2009-2011 (Executive Summary) |
| 41 | | | | | Vilsack 9-24-13 letter to Ass'n Health Care Journalists |
| 42 | | | | | USDA ERS - 2014 Farm Act Maintains SNAP Eligibility Guidelines and Funds New Initiatives |
| 43 | | | | | Federal Register | Enhancing Retailer Standards in SNAP |
| 44 | | | | | USDA Seeks Public Input to Increase Transparency of SNAP Retailer Data |
| 45 | | | | | Federal Register RFI (8-4-14) |
| 46 | | | | | USDA request for declarations (12-1-14) |
| 47 | | 5/24/16 | | Refused | USDA script(s) for e-mail and telephone notice to retailers |
| 48 | | | | | RFI comment search results for "compete" |
| 49 | | | | | RFI comment search results for "competition" |
| 50 | | | | | RFI comment search results for "competitive" |
| 51 | | | | | RFI comment search results for "competitive harm" |
| 52 | | | | | RFI comment search results for "substantial competitive harm" |
| 53 | | | | | RFI comment spreadsheet (alphabetized) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | |
|---|---|---|---|---|---|
| 54 | | | | | USDA Declarant Spreadsheet |
| 55 | | | | | Barbier (Big B's) declaration explanation |
| 56 | | 5/24/16 | | Received | Barbier (Big B's) declaration |
| 57 | | | | | Bourne (Ragland Brothers) declaration explanation |
| 58 | | 5/24/16 | | Received | Bourne (Ragland) declaration |
| 59 | | | | | Buche declaration explanation |
| 60 | | 5/24/16 | | Received | Buche declaration |
| 61 | | 5/24/16 | | Received | Champagne declaration |
| 62 | | 5/24/16 | | Received | Hays (Dyer) declaration |
| 63 | | | | | Hays (Food Rite) declaration explanation |
| 64 | | 5/24/16 | | Received | LeBlanc (Raintree) declaration |
| 65 | | 5/24/16 | | Received | Perret (Club Grocery) declaration |
| 66 | | | | | Snyder (Supervalu) declaration. |
| 67 | | 5/24/16 | | Received | St. Germain (Pierre Part) declaration |
| 68 | | 5/24/16 | | Received | Zahar declaration |
| 69 | | | | | FMI declaration (Barnes) |
| 70 | | | | | FMI | Food Marketing Institute | FMI Government and Public Affairs |
| 71 | | | | | FMI | Food Marketing Institute | FMI Research Resources |
| 72 | | | | | FMI | Food Marketing Institute | Food Marketing Institute |
| 73 | | | | | FMI | Food Marketing Institute | Supermarket Facts |
| 74 | | | | | FMI September 9, 2014 |
| 75 | | | | | FMI 12/2/14 conference call |
| 76 | | | | | FMI 12/16/14 conference call |
| 77 | | | | | Clark (UFCW) RFI declaration |
| 78 | | | | | Levy (NYC Coalition Against Hunger) RFI declaration |
| 79 | | | | | Schwartz (Interfaith) RFI declaration |
| 80 | | | | | Stark (A'ssn Health Care Jounalists) RFI declaration |
| 81 | | | | | Wilde (Friedman School of Nutrition Science and Policy) RFI declaration |
| 82 | | | | | Forman (Cumberland) declaration |
| 83 | | | | | Kmart declaration (Macks) |
| 84 | | | | | Kmart State Store Directory/ Find a Nearby Kmart Store |
| 85 | | | | | Larkin (NGA) declaration |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | |
|---|---|---|---|---|---|
| 86 | | | | | Larkin (NGA) declaration explanation |
| 87 | | | | | Larkin expert report |
| 88 | | | | | Sougstad expert report |
| 89 | | | | | Volpe expert report |
| 90 | | | | | Bengford 5-3-14 e-mail |
| 91 | | | | | Bengford 6-16-14 e-mail. |
| 92 | | | | | Arneson 5-13-15 letter to USDA declarants |
| 93 | | | | | Arneson 6-10-15 follow-up letter to declarants |
| 94 | | | | | USDA's refusals to disclose post-RFI reports |
| 95 | | | | | USDA's RFI exemption 4 spreadsheet |
| 96 | | | | | Government Contract Chart |
| 97 | | 5/24/16 | | Refused | Government Program Chart |
| 98 | | | | | About Us | What Consumers Watch and Buy | Nielsen |
| 99 | | | | | Businesses in the United States // WhereOrg |
| 100 | | | | | National Retail Federation | Home |
| 101 | | | | | Cortera B2B Insight Reports with SOFIE™ – Cortera |
| 102 | | | | | Resources - Cortera |
| 103 | | | | | Food-us.org |
| 104 | | | | | Strategy& - the global strategy consulting team at PwC |
| 105 | | | | | Strategy& - the global strategy consulting team at PwC |
| 106 | | | | | Consumer Data | National Retail Federation |
| 107 | | | | | Grocery Stores & Supermarkets Industry Profile from First Research |
| 108 | | | | | Stagnito Business information + Edgell Communications |
| 109 | | | | | Results of generic internet search for "market research for grocery stores" |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.