# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Southern Division

Argus Leader Media, d/b/a Argus Leader
V.
United States Department of Agriculture

**DEFENDANT EXHIBIT LIST**

Case Number:  4:11-cv-04121-KES

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| Karen E. Schreier, United States District Judge | | | Jon E. Arneson | | Stephanie C. Bengford |
| **TRIAL DATE (S)** | | | **COURT REPORTER** | | **COURTROOM DEPUTY** |
| May 24 and 25, 2016 | | | Jill Connelly | | MWT |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 201 | 5/19/16 | | Received | EBT flow chart |
| | 202 | 5/19/16 | | Received | Sample contract between an EBT processor and a state SNAP agency |
| | 203 | 5/19/16 | | Received | Robocall text and email text used to inform retailers of the Request for Information |
| | 204 | 5/24/16 | | Received | Final Agency Decision regarding Exemption 4 dated January 20, 2015 |
| | 205 | 5/19/16 | | Received | Tables Summarizing Agency's Review of Comments Received in Response to the Request for Information |
| | 206 | 5/19/16 | | Received | Organizational Chart of the Supplemental Nutrition Assistance Program |
| | 207 | 5/19/16 | | Received | Organizational Chart of the Retailer Policy and Management Division |
| | 208 | 5/19/16 | | Received | Notice of the Request for Information: SNAP Retailer Transaction Data, available on the Federal Register webpage |
| | 209 | 5/19/16 | | Refused | Expert Report of Peter Larkin, President & CEO, National Grocers Association |
| | 201 A | 5/24/16 | | Received | Annotated EBT flow chart |

Page 1 of 1

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.